# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138720

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v                                                          SC: 138720
                                                           COA: 288237
                                                           Wayne CC: 07-009566
FRANK BENNETT ST. ONGE,
           Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the February 25, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

Clerk

d0720